COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-173-CV

 

IN RE ROGER KERBOW AND                                                   RELATORS

KERBOW & ASSOCIATES                                                                     

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
CAYCE, C.J.; HOLMAN and MCCOY, JJ.

 

DELIVERED: 
May 31, 2007











    [1]See
Tex. R. App. P. 47.4.